

March 6, 2021

Chief Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., New York, NY 10007-1312

By Electronic Filing.

Re:     **In Re: New York City Policing During Summer 2020 Demonstrations,**
        **20 Civ. 8924 (CM)(GWG)**

Dear Chief Judge McMahon:

My firm is one of the firms representing the plaintiffs and the putative class in *Sow v. City of New York* (20-cv-533), as part of the consolidated docket above.

The Court has directed that "[a]ll filings must be made under Docket No. 20 Civ. 8924" (ECF No. 39 at 3), but the electronic filing system does not allow us to use the appropriate event to file an amended complaint.  Thus, filed as an exhibit to this letter is a copy of the Amended Complaint, which we also just filed on the *Sow* docket (*Sow*, ECF No. 49).  Should the Court prefer we handle ensuring all filings appear on this docket in some other way, we will be happy to do so.

As always, we thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Sow Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosure.

cc:
All relevant parties by electronic filing.