# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: :
Docket #20cv8924

IN RE NEW YORK CITY POLICING :
DURING SUMMER 2020 DEMONSTRATIONS
: New York, New York
June 30, 2022
-------------------------------------: TELEPHONE CONFERENCE

PROCEEDINGS BEFORE
THE HONORABLE GABRIEL W. GORENSTEIN,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff People of the State of New York: NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL
BY: LILLIAN MARQUEZ, ESQ.
28 Liberty Street
New York, New York 10005

For Gray Plaintiffs: WYLIE STECKLOW PLLC
BY: WYLIE M. STECKLOW
111 John Street, Suite 1050
New York City, New York 10038

For Payne Plaintiffs: NEW YORK CIVIL LIBERTIES UNION
BY: ROBERT HODGSON, ESQ.
125 Broad Street, 19th Floor
New York, New York 10004

For Sierra Plaintiffs: RICKNER PLLC
BY: ROB RICKNER, ESQ.
14 Wall Street, Suite 1603
New York, New York 10005

Transcription Service: Carole Ludwig, *Transcription Services*
155 East Fourth Street #3C
New York, New York 10009
Phone: (212) 420-0771
Email: Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

APPEARANCES (CONTINUED):

| | |
|---|---|
| For Sow and Hernandez Plaintiffs: | COHEN & GREEN<br>BY: REMY GREEN, ESQ.<br>1639 Centre Street, Suite 216<br>Ridgewood, New York 11385 |
| For Wood Plaintiffs: | KAUFMAN LIEB LEBOWITZ & FRICK LLP<br>BY: ALISON ELLIS FRICK, ESQ.<br>18 East 48th Street, Suite 802<br>New York, New York 10017 |
| For Roland Plaintiffs: | THE ABOUSHI LAW FIRM<br>BY: TAHANIE ABOUSHI, ESQ.<br>1441 Broadway, 5th Floor<br>New York, New York 10018 |
| For Defendants: | NEW YORK CITY LAW DEPARTMENT<br>BY: AMY ROBINSON, ESQ.<br>NADINE IBRAHIM, ESQ.<br>JENNY SUE-YA WENG, ESQ.<br>GENEVIEVE NELSON, ESQ.<br>ANTHONY DISENSO, ESQ.<br>RACHEL KAUFMAN, ESQ.<br>100 Church Street<br>New York, New York 10007 |
| For Intervenor Detectives Endowment Association: | PITTA LLP<br>BY: STEPHEN MCQUADE, ESQ.<br>120 Broadway, 28th Floor<br>New York, New York 10271 |

MS. ROBINSON: It's Amy Robinson, Your Honor. I just wanted to point out that a large number of these depositions are high ranking and 30(b)(6) people who, you know, frequently get called away for emergencies, get called away for mandatory meetings. It's just very difficult to say that the Chief of Department is going to be available on such and such a day and then, in March or January or December and we can in fact accommodate that.

THE COURT: Well, that's why you should schedule it, that's why you should schedule such people for whatever date you need to to accommodate it. If that means November, December, then that's when you should be scheduling it for.

MS. ROBINSON: And another issue is that they're continuing to notice depositions. When I say a hundred, it's a hundred plus, and deposition notices continue to come.

THE COURT: Well, I mean I'm not saying that there should be unlimited number of depositions. I invited the City more than a year ago to come to me and say to the extent that there are, you know, issues about numbers, to the extent you want, to have some limitations on that because plaintiffs are not being reasonable, you should come to me.

C E R T I F I C A T E

I, Carole Ludwig, certify that the foregoing transcript of proceedings in the United States District Court, Southern District of New York, In Re: New York City Policing During Summer 2020 Demonstrations, docket #20cv8924, was prepared using PC-based transcription software and is a true and accurate record of the proceedings.

Signature Carole Ludwig ____________________

CAROLE LUDWIG

Date: July 6, 2022