UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

In Re New York City Policing During
Summer 2020 Demonstrations

20 cv 8924 (CM)(GWG)

———————————————————————x

THIS FILING PERTAINS TO ALL CASES

———————————————————————x

NOTICE ADJOURNING CONFERENCE

McMahon, J.:

    I am postponing the conference currently scheduled for November 20th at 10:00 a.m. until further notice.

    I apologize again for the cancellation.

Dated: November 1, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL