UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

NEW YORK CITY POLICING DURING
SUMMER 2020 DEMONSTRATIONS          No. 20 Civ. 8924(CM)(GWG)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Tobias E. Zimmerman**, Senior Counsel, should be added

as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New

York, as attorney for Defendant City of New York.  I certify that I am admitted to practice before

this Court.

Dated April 28, 2025          **MURIEL GOODE-TRUFANT**
New York, New York          Corporation Counsel of the City of New York
                            Attorney for Defendant City of New York
                            100 Church Street
                            New York, New York 10007
                            (212) 356-2423


                    By:    _____
                           Tobias E. Zimmerman
                           *Senior Counsel*


cc:     All Parties (**via ECF**)