

**MURIEL GOODE-TRUFANT**
Corporation Counsel

T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small>
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**TOBIAS E. ZIMMERMAN**
phone: (212) 356-2423
fax: (212) 356-3509
tzimmerm@law.nyc.gov

May 6, 2025

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *In re: New York City Policing During Summer 2020 Demonstrations*,
No. 20 Civ. 8924 (CM).
This Letter is Related to All Cases

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and one of the attorneys assigned to represent Defendant City of New York in the above-referenced matter.  Defendant City of New York writes on behalf of the Settling Parties that were signatories to the Settlement Agreement that was approved by the Court's Decision and Order dated February 7, 2024 (ECF No. 1147), to respectfully request that the Court endorse and enter the two proposed orders filed by the Office of the New York State Attorney General on August 14, 2024 (ECF Nos. 1182-1 and 1182-2).

The parties thank the Court for its attention to this matter.

Respectfully submitted,

Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

cc:   All Counsel (**via ECF**)