

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>Corporation Counsel | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **TOBIAS E. ZIMMERMAN**<br>phone: (212) 356-2423<br>fax: (212) 356-3509<br>tzimmerm@law.nyc.gov |

May 19, 2025

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

>    Re:   *In re: New York City Policing During Summer 2020 Demonstrations*,
>          No. 20 Civ. 8924 (CM).
>          This Letter is Related to All Cases

Your Honor:

  I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and one of the attorneys assigned to the defense of the above-captioned matter. The City Defendants respectfully request that the Court review and endorse the attached Stipulation of Settlement and Order of Counsel Fees, Costs, and Expenses to Plaintiffs' Counsel for Time and Expenses Incurred During Phase I of the Equitable Settlement Process. This is the First Interim Fee Stipulation entered into in this matter, and it has been signed by counsel for Plaintiffs and the City.

  The parties thank the Court for its attention to this matter.

              Respectfully submitted,

              Tobias E. Zimmerman
              *Senior Counsel*
              Special Federal Litigation Division

cc:    All Counsel (**via ECF**)